UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRUSTEES FOR THE UPPER PENINSULA
PLUMBERS' AND PIPEFITTERS' HEALTH
& WELFARE FUND, et al.,

       Plaintiffs,

v.

       Case No. 2:05-cv-266
       CONSENT CASE

STEPHEN FRAZER,

       Defendant.
_____/

## ORDER

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant Stephen Frazier's motion for summary judgment (docket #30) is DENIED, plaintiff/counter-defendant trustees' motion for summary judgment requesting dismissal of the counter complaint (docket #35) is DENIED as to defendant's claim of fraud in the execution and GRANTED on all remaining claims, and third-party defendant union's motion for summary judgment (docket #36) is GRANTED, dismissing the third party complaint.

IT IS SO ORDERED.

       /s/ Timothy P. Greeley
       TIMOTHY P. GREELEY
       UNITED STATES MAGISTRATE JUDGE

Dated:  April 13, 2006