UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TRUSTEES FOR THE UPPER PENINSULA
PLUMBERS' AND PIPEFITTERS' HEALTH
AND WELFARE FUND, et al.,

    Plaintiffs,

v.

    Case No. 2:05-cv-266
    CONSENT CASE

STEPHEN FRAZER,

    Defendant.
_____/

**ORDER**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendant's Motion for Reconsideration (Docket #45) is DENIED.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated:   August 7, 2006